IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Court No. RWT-05-0592 |
| DAVID WAYNE WILLIAMS | : | |
| Defendant. | : | |

**ORDER OF SATISFACTION**

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Allen F. Loucks
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 03094